UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC WEST HEALTH MEDICAL CENTER INC. EMPLOYEES RETIREMENT TRUST, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA) LTD., FAIRFIELD GREENWICH ADVISORS LLC, WALTER M. NOEL, JR., ANDRES PIEDRAHITA, JEFFREY TUCKER, BRIAN FRANCOUER, AMIT VIJVERGIYA, YANKO DELLAW SCHIAVA, PHILIP TOUB, LOURDES BARRENECHE, CORNELIS BOELE, MATTHEW C. BROWN, VIANNEY D'HENDECOURT, HAROLD GREISMAN, JACQUELINE HARARY, DAVID HORN, RICHARD LANDSBERGER, DAVID LIPTON, JULIA LUONGO, MARK MCKEEFRY, MARIA TERESA PULIDO MENDOZO, CHARLES MURPHY, SANTIAGO REYES, and ANDREW SMITH,<br><br>Defendants. | Civil Action No. 09 CV 00134 (UA) |

## DECLARATION OF SERVICE

ROBERT C. FINKEL, being admitted to practice law in the State of New York and before this Court, does hereby state, under the penalties of perjury, that:

1. I am a member of Wolf Popper LLP, attorneys for plaintiff in this Action. I make this Declaration upon my personal knowledge.

Doc. 162696

2. On January 9, 2009, I caused the following documents to be served upon Fairfield Greenwich Group and Fairfield Greenwich Advisors LLC at their offices at 55 East 52nd Street, New York, New York 10022, attention Michael Thorne:

Verified Class Action Complaint, dated January 8, 2009

Plaintiff's Notice of Motion for a TRO and Preliminary Injunction, dated January 9, 2009

[Proposed] Temporary Restraining Order, dated January 9, 2009

Plaintiff's Memorandum In Support of Motion for a TRO and Preliminary Injunction, dated January 9, 2009

Declaration of Robert C. Finkel In Support of TRO and Motion for Preliminary Injunction, dated January 9, 2009

3. On January 9, 2009, I also transmitted the foregoing documents to the following counsel for the identified parties by email and pdf file. I am in the process of verifying that those counsel are authorized to accept service of the foregoing documents on those clients:

Mark G. Cunha, Esq. (Simpson Thacher) (mcunha@stblaw.com) (Attorney for the corporate entities)

Daniel J. Fetterman, Esq. (Kasowitz Benson) (dfetterman@kasowitz.com) (Attorney for Defendant Tucker)

Andrew Levander, Esq. (Dechert LLP) (andrew.levander@dechert.com) (Attorney for Defendant Piedrahita)

Mark P. Goodman, Esq. (Debevoise) (mpgoodman@debevoise.com) (Attorney for Defendant Vijergiya)

Glenn M. Kurtz, Esq. (gkurtz@whitecase.com) (Attorney for Defendant Noel)


Dated: January 9, 2009                                    s/Robert C. Finkel


Doc. 162696