| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br><br>PACIFIC WEST HEALTH MEDICAL CENTER<br>INC. EMPLOYEES RETIREMENT TRUST, on<br>Behalf of Itself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>                -against-<br><br>FAIRFIELD GREENWICH GROUP,<br>FAIRFIELD GREENWICH LIMITED,<br>FAIRFIELD GREENWICH (BERMUDA) LTD.,<br>FAIRFIELD GREENWICH ADVISORS LLC,<br>WALTER M. NOEL, JR., ANDRES<br>PIEDRAHITA, JEFFREY TUCKER, BRIAN<br>FRANCOUER, AMIT VIJAYVERGIYA,<br>YANKO DELLAW SCHIAVA, PHILIP TOUB,<br>LOURDES BARRENECHE, CORNELIS<br>BOELE, MATTHEW C. BROWN, VIANNEY<br>D'HENDECOURT, HAROLD GREISMAN,<br>JACQUELINE HARAY, DAVID HORN,<br>RICHARD LANDSBERGER, DAVID LIPTON,<br>JULIA LUONGO, MARK MCKEEFRY, MARIA<br>TERESA PULIDO MENDOZO, CHARLES<br>MURPHY, SANTIAGO REYES, and ANDREW<br>SMITH,<br><br>                Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | FILED ELECTRONICALLY<br><br><br><br>09 Civ 134 (UA)<br><br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR ELECTRONIC<br>NOTIFICATION |

        PLEASE TAKE NOTICE that Amit Vijayvergiya appears in the case captioned above by his counsel, Mark P. Goodman and Helen V. Cantwell of Debevoise & Plimpton LLP. The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the address given below.

Dated: New York, New York
       January 13, 2009

22893860v1

DEBEVOISE & PLIMPTON LLP

By: /s/ Mark P. Goodman
mpgoodman@debevoise.com

   /s/ Helen V. Cantwell
hvcantwell@debevoise.com
919 Third Avenue
New York, New York  10022
(212) 909-6000

*Attorneys for Amit Vijayvergiya*

TO:    WOLF POPPER LLP
Robert C. Finkel
Chet B. Waldman
Carl L. Stine
James A. Harrod
845 Third Ave.
New York, NY 10022
(212) 759-4600

GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
David A. Gehn
120 Wall Street
New York, NY 10005
(212) 269-1400

*Attorneys for Plaintiff*

2
22893860v1