| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>:<br>PACIFIC WEST HEALTH MEDICAL CENTER :<br>INC. EMPLOYEES RETIREMENT TRUST, on :<br>Behalf of Itself and All Others Similarly Situated, :<br>:<br>Plaintiff, :<br>:<br>-against- :<br>:<br>FAIRFIELD GREENWICH GROUP, :<br>FAIRFIELD GREENWICH LIMITED, :<br>FAIRFIELD GREENWICH (BERMUDA) LTD., :<br>FAIRFIELD GREENWICH ADVISORS LLC, :<br>WALTER M. NOEL, JR., ANDRES :<br>PIEDRAHITA, JEFFREY TUCKER, BRIAN :<br>FRANCOUER, AMIT VIJAYVERGIYA, :<br>YANKO DELLAW SCHIAVA, PHILIP TOUB, :<br>LOURDES BARRENECHE, CORNELIS :<br>BOELE, MATTHEW C. BROWN, VIANNEY :<br>D'HENDECOURT, HAROLD GREISMAN, :<br>JACQUELINE HARAY, DAVID HORN, :<br>RICHARD LANDSBERGER, DAVID LIPTON, :<br>JULIA LUONGO, MARK MCKEEFRY, MARIA :<br>TERESA PULIDO MENDOZO, CHARLES :<br>MURPHY, SANTIAGO REYES, and ANDREW :<br>SMITH, :<br>:<br>Defendants. :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | FILED ELECTRONICALLY<br><br>09 Civ 134 (UA)<br><br>NOTICE OF APPEARANCE AND<br>REQUEST FOR ELECTRONIC<br>NOTIFICATION |

PLEASE TAKE NOTICE that Amit Vijayvergiya appears in the case captioned above by his counsel, Mark P. Goodman and Helen V. Cantwell of Debevoise & Plimpton LLP. The undersigned respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the address given below.

Dated: New York, New York
        January 13, 2009

22893860v1

DEBEVOISE & PLIMPTON LLP

By: /s/ Mark P. Goodman
mpgoodman@debevoise.com

/s/ Helen V. Cantwell
hvcantwell@debevoise.com
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Amit Vijayvergiya*

TO: WOLF POPPER LLP
Robert C. Finkel
Chet B. Waldman
Carl L. Stine
James A. Harrod
845 Third Ave.
New York, NY 10022
(212) 759-4600

GUSRAE, KAPLAN, BRUNO & NUSBAUM PLLC
David A. Gehn
120 Wall Street
New York, NY 10005
(212) 269-1400

*Attorneys for Plaintiff*