AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PACIFIC WEST HEALTH MEDICAL CENTER INC. EMPLOYEES RETIREMENT TRUST, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA) LTD., FAIRFIELD GREENWICH ADVISORS LLC, WALTER M. NOEL, JR., ANDRES PIEDRAHITA, JEFFREY TUCKER, BRIAN FRANCOUER, AMIT VIJVERGIYA, YANKO DELLAW SCHIAVA, PHILIP TOUB, LOURDES BARRENECHE, CORNELIS BOELE, MATTHEW C. BROWN, VIANNEY D'HENDECOURT, HAROLD GREISMAN, JACQUELINE HARARY, DAVID HORN, RICHARD LANDSBERGER, DAVID LIPTON, JULIA LUONGO, MARK MCKEEFRY, MARIA TERESA PULIDO MENDOZO, CHARLES MURPHY, SANTIAGO REYES, and ANDREW SMITH,

Defendants.

## APPEARANCE

Case Number:  09 CV 00134 (UA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Andrew Smith

I certify that I am admitted to practice in this court.

| 1/13/2009 | s/ Joseph De Simone |
|---|---|
| Date | Signature |

| Joseph De Simone | jdesimone@mayerbrown.com |
|---|---|
| Print Name | Email |

Mayer Brown LLP, 1675 Broadway
Address

| New York | NY | 10019 |
|---|---|---|
| City | State | Zip Code |

| (212) 506-2500 | (212) 262-1910 |
|---|---|
| Phone Number | Fax Number |

Dockets.Justia.com