AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

PACIFIC WEST HEALTH MEDICAL CENTER INC. EMPLOYEES RETIREMENT TRUST, On Behalf of Itself and All Others Similarly Situated,

Plaintiff,

FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA) LTD., FAIRFIELD GREENWICH ADVISORS LLC, WALTER M. NOEL, JR., ANDRES PIEDRAHITA, JEFFREY TUCKER, BRIAN FRANCOUER, AMIT VIJVERGIYA, YANKO DELLAW SCHIAVA, PHILIP TOUB, LOURDES BARRENECHE, CORNELIS BOELE, MATTHEW C. BROWN, VIANNEY D'HENDECOURT, HAROLD GREISMAN, JACQUELINE HARARY, DAVID HORN, RICHARD LANDSBERGER, DAVID LIPTON, JULIA LUONGO, MARK MCKEEFRY, MARIA TERESA PULIDO MENDOZO, CHARLES MURPHY, SANTIAGO REYES, and ANDREW SMITH,

Defendants.

## APPEARANCE

Case Number: 09 CV 00134 (UA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Andrew Smith

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/13/2009 | s/ Steven Wolowitz |
| Date | Signature |
| | Steven Wolowitz        swolowitz@mayerbrown.com |
| | Print Name              Email |
| | Mayer Brown LLP, 1675 Broadway |
| | Address |
| | New York         NY         10019 |
| | City              State       Zip Code |
| | (212) 506-2500     (212) 262-1910 |
| | Phone Number          Fax Number |