```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
PASHA S. ANWA and JULIA ANWAR,         :
                                       :   09 Civ. 0118(VM)
                      Plaintiffs,      :
                                       :
    - against -                        :   ORDER
                                       :
FAIRFIELD GREENWICH LIMITED,           :
et al.,                                :
                                       :
                      Defendants.      :
---------------------------------------X
---------------------------------------X
PACIFIC WEST HEALTH MEDICAL,           :
CENTER,                                :   09 Civ. 0134(VM)
                      Plaintiff,       :
                                       :
    - against -                        :   ORDER
                                       :
FAIRFIELD GREENWICH LIMITED,           :
et al.,                                :
                                       :
                      Defendants.      :
---------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against all or most of the same defendants and that counsel for some or all defendants in both cases are the same. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 0118; and its finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 09 Civ. 0134, as a separate action and remove it from the Court's database of open cases.

**SO ORDERED.**

Dated: NEW YORK, NEW YORK
January 14, 2009

_____
Victor Marrero
U.S.D.J.