**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
PASHA S. ANWAR and JULIA ANWAR,  :

                                                                                                :     Civil Action No. 09-CV-0118 (VM)

                Plaintiffs,                        :

                                                                                :     **NOTICE OF APPEARANCE**

             -against-                    :

FAIRFIELD GREENWICH LIMITED, et al.,  :

                 Defendants.          :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that James A. Harrod of the law firm of Wolf Popper LLP hereby appears as counsel for Plaintiff Pacific West Health Medical Center, and other proposed class plaintiffs and class members, in this consolidated action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  January 29, 2009
         New York, New York

                                            By:  /s/ James A. Harrod
                                                James A. Harrod
                                                Wolf Popper LLP
                                                845 Third Avenue
                                                New York, NY 10022
                                                T (212) 759-4600
                                                F (212) 486-2093
                                                jharrod@wolfpopper.com

                                                *Attorneys for Plaintiff Pacific West Health*
                                                *Medical Center*

Doc. 162963