**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
PASHA S. ANWAR and JULIA ANWAR,                          :
                                                         :          Civil Action No. 09-CV-0118 (VM)
                              Plaintiffs,                :
                                                         :          **NOTICE OF APPEARANCE**
            -against-                                    :
                                                         :
FAIRFIELD GREENWICH LIMITED, et al.,                     :
                                                         :
                              Defendants.                :
-----------------------------------------------------------------x

          PLEASE TAKE NOTICE that Chet B. Waldman of the law firm of Wolf Popper LLP

hereby appears as counsel for Plaintiff Pacific West Health Medical Center, and other proposed

class plaintiffs and class members, in this consolidated action and requests that all subsequent

papers be served upon this firm at the address indicated below.

 Dated:  January 29, 2009
         New York, New York

                                        By:  /s/ Chet B. Waldman
                                        Chet B. Waldman
                                        Wolf Popper LLP
                                        845 Third Avenue
                                        New York, NY 10022
                                        T (212) 759-4600
                                        F (212) 486-2093
                                        cwaldman@wolfpopper.com

                                        *Attorneys for Plaintiff Pacific West Health*
                                        *Medical Center*

Doc. 162960