**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------x**

PASHA S. ANWAR and JULIA ANWAR,                   :
                                                  :          Civil Action No. 09-CV-0118 (VM)
                                    Plaintiffs,    :
                                                  :          **NOTICE OF APPEARANCE**
                    -against-                      :
                                                  :
FAIRFIELD GREENWICH LIMITED, et al.,              :
                                                  :
                                    Defendants.    :
**-----------------------------------------------------------------x**

        PLEASE TAKE NOTICE that Robert C. Finkel of the law firm of Wolf Popper LLP

hereby appears as counsel for Plaintiff Pacific West Health Medical Center, and other proposed

class plaintiffs and class members, in this consolidated action and requests that all subsequent

papers be served upon this firm at the address indicated below.


  Dated:   January 29, 2009
           New York, New York


                                        By:   /s/ Robert C. Finkel
                                        Robert C. Finkel
                                        Wolf Popper LLP
                                        845 Third Avenue
                                        New York, NY 10022
                                        T (212) 759-4600
                                        F (212) 486-2093
                                        rfinkel@wolfpopper.com

                                        *Attorneys for Plaintiff Pacific West Health*
                                        *Medical Center*


Doc. 162961

[Dockets.Justia.com](Dockets.Justia.com)