UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | | |
|---|---|---|
| ANWAR *et al.*, | : | MASTER FILE NO. |
| | : | 09-CV-0118 (VM) |
| Plaintiffs, | : | |
| | : | |
| -against- | : | **ORDER FOR** |
| | : | **ADMISSION PRO HAC** |
| FAIRFIELD GREENWICH LIMITED, et al., | : | **VICE ON WRITTEN** |
| | : | **MOTION** |
| Defendants. | : | |
| | : | |
| This Document Relates To: All Actions | : | |

------------------------------------------------------------------X

Upon the motion of David A. Barrett, attorney for Plaintiffs, and said sponsor attorney's Declaration in support;

**IT IS HEREBY ORDERED** that

    Stuart H. Singer
    Boies, Schiller & Flexner LLP
    401 East Las Olas Boulevard, Suite 1200
    Ft. Lauderdale, Florida 33301
    Telephone: (954) 356-0011
    Facsimile: (954) 356-0022
    ssinger@bsfllp.com

is admitted to practice pro hac vice as counsel for Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 10 February, 2009
New York, NY

_____
Victor Marrero
United States District/Magistrate Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-09