UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ANWAR, et al.                                   :
                                                :
                Plaintiffs,                     : Case No.: 09-CV-00118 (VM) (THK)
                                                :
        -against-                               : **ORDER**
                                                : **FOR ADMISSION**
                                                : **PRO HAC VICE**
FAIRFIELD GREENWICH LIMITED, et al              :
                                                :
                Defendants.                     :
                                                :
THIS DOCUMENT RELATES TO: All Actions           :
------------------------------------------------------------------x

Upon the Motion of Michael J. Moscato attorney for Defendants Citco Bank Nederland N.V. Dublin Branch and Citco Fund Services (Europe) B.V. and Michael J. Moscato's affidavit in support;

**IT IS HEREBY ORDERED** that

> Dyanne E. Feinberg, Esq.
> Gilbride, Heller & Brown, P.A.
> One Biscayne Tower, 15th Floor
> 2 South Biscayne Boulevard
> Miami, Florida 33131
> Telephone:   (305) 358-3580
> Facsimile:   (305) 374-1756

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-09
```

is admitted to practice *pro hac vice* as counsel for Defendants Citco Bank Nederland N.V. Dublin Branch and Citco Fund Services (Europe) B.V. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

SO ORDERED:

3-3-09
DATE          VICTOR MARRERO, U.S.D.J.