UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANWAR, ET AL.,

                    Plaintiffs,

FAIRFIELD GREENWICH GROUP, ET AL.,

                    Defendants.
------------------------------------------------------------X

Master File No.
09-cv-0118 (VM)

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Wall Street Securities, S.A. (a private non-governmental party) certifies that it is a subsidiary of Banco General S.A. and that Banco General S.A. owns 100% of its stock.

Dated: New York, New York
         April 28, 2009

                                    BOIES, SCHILLER & FLEXNER LLP

                                    By:  /s/ David A. Barrett
                                         David A. Barrett

                                         575 Lexington Avenue
                                         New York, New York 10022
                                         Phone: (212) 446-2300
                                         Fax:  (212) 446-2350

                                         *Attorneys for Plaintiffs*