UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
ANWAR, ET AL.,                                                    :
                                                                  :
                                    Plaintiffs,        :          Master File No.
                                                       :          09-cv-0118 (VM)
                                                       :
FAIRFIELD GREENWICH GROUP, ET AL.,                     :          RULE 7.1 DISCLOSURE
                                                       :               STATEMENT
                                    Defendants.        :
                                                       :
------------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Banco General, S.A. (a private non-governmental party) is

owned by BG Financial Group and that Empresa General de Inversiones owns 61% of

BG Financial Group's stock.


Dated: New York, New York
       April 28, 2009


                                        BOIES, SCHILLER & FLEXNER LLP



                                        By:_____/s/ David Barrett_____
                                                David A. Barrett

                                        575 Lexington Avenue
                                        New York, New York 10022
                                        Phone: (212) 446-2300
                                        Fax:  (212) 446-2350

                                        *Attorneys for Plaintiffs*