UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| ANWAR, ET AL., | |
|                     Plaintiffs, | Master File No. 09-cv-0118 (VM) |
| FAIRFIELD GREENWICH GROUP, ET AL., | RULE 7.1 DISCLOSURE STATEMENT |
|                     Defendants. | |

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Harvest Dawn International Inc. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 28, 2009

                                    BOIES, SCHILLER & FLEXNER LLP

                                    By:   /s/ David A. Barrett
                                           David A. Barrett

                                           575 Lexington Avenue
                                           New York, New York 10022
                                           Phone: (212) 446-2300
                                           Fax:  (212) 446-2350

                                           *Attorneys for Plaintiffs*