UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                 :

ANWAR, ET AL.,                      :

                   Plaintiffs,       :     Master File No.
                                 :     09-cv-0118 (VM)

FAIRFIELD GREENWICH GROUP, ET AL.,   :     RULE 7.1 DISCLOSURE
                                 :          STATEMENT
               Defendants.      :

------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for El Prado Trading (a private non-governmental party) certifies

that it has no parent corporation and no publicly held corporation owns 10% or more of

its stock.


Dated: New York, New York
       April 28, 2009

                                 BOIES, SCHILLER & FLEXNER LLP



                                 By:___/s/ David A. Barrett_____
                                     David A. Barrett

                                   575 Lexington Avenue
                                   New York, New York 10022
                                   Phone: (212) 446-2300
                                   Fax:  (212) 446-2350

                                 *Attorneys for Plaintiffs*