Pacific West Health Medical Center Inc. Employees Retirement Trust et al ...ld Greenwich Group et al	Doc. 31

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :  Master File No.
                        Plaintiffs,                         :  09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :  RULE 7.1 DISCLOSURE
                                                            :        STATEMENT
                        Defendants.                         :
                                                            :
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Omawa Investment Corporation (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                                    BOIES, SCHILLER & FLEXNER LLP


                                    By:___/s/ David A. Barrett_____
                                          David A. Barrett

                                       575 Lexington Avenue
                                       New York, New York 10022
                                       Phone: (212) 446-2300
                                       Fax:  (212) 446-2350

                                       *Attorneys for Plaintiffs*

Dockets.Justia.com