UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANWAR, ET AL.,

                    Plaintiffs,

FAIRFIELD GREENWICH GROUP, ET AL.,

                    Defendants.

------------------------------------------------------------X

Master File No.
09-cv-0118 (VM)

RULE 7.1 DISCLOSURE
STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Carmel Ventures Ltd. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        April 28, 2009

                                          BOIES, SCHILLER & FLEXNER LLP

                                          By:   /s/ David A. Barrett
                                                 David A. Barrett

                                          575 Lexington Avenue
                                          New York, New York 10022
                                          Phone: (212) 446-2300
                                          Fax:  (212) 446-2350

                                          *Attorneys for Plaintiffs*