UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :   Master File No.
                       Plaintiffs,                          :   09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :   RULE 7.1 DISCLOSURE
                                                            :   STATEMENT
                       Defendants.                          :
                                                            :
------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Traconcorp (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:___/s/ David A. Barrett_____
                                              David A. Barrett

                                        575 Lexington Avenue
                                        New York, New York 10022
                                        Phone: (212) 446-2300
                                        Fax:  (212) 446-2350

                                        *Attorneys for Plaintiffs*

Dockets.Justia.co