UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :

ANWAR, ET AL.,                                    :

                                          :    Master File No.
               Plaintiffs,              :    09-cv-0118 (VM)
                                          :

FAIRFIELD GREENWICH GROUP, ET AL.,   :    RULE 7.1 DISCLOSURE
                                          :          STATEMENT
              Defendants.            :
                                          :
------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Blythel Associated Corp. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        April 29, 2009

                                                 BOIES, SCHILLER & FLEXNER LLP

                                                 By:   /s/ David A. Barrett_____
                                                      David A. Barrett

                                                  575 Lexington Avenue
                                                  New York, New York 10022
                                                  Phone: (212) 446-2300
                                                  Fax:  (212) 446-2350

                                                  *Attorneys for Plaintiffs*

Dockets.Justia.co