UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
ANWAR, ET AL., :
: Master File No.
              Plaintiffs, : 09-cv-0118 (VM)
:
FAIRFIELD GREENWICH GROUP, ET AL., : RULE 7.1 DISCLOSURE
: STATEMENT
             Defendants. :
:
------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Centro Inspection Agency (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                                              BOIES, SCHILLER & FLEXNER LLP

                                              By:   /s/ David A. Barrett_____
                                                   David A. Barrett

                                              575 Lexington Avenue
                                              New York, New York 10022
                                              Phone: (212) 446-2300
                                              Fax:  (212) 446-2350

                                              *Attorneys for Plaintiffs*

Dockets.Justia.co