UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :   Master File No.
                    Plaintiffs,                             :   09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :   RULE 7.1 DISCLOSURE
                                                            :   STATEMENT
                    Defendants.                             :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kalandar International (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
      April 29, 2009

                                       BOIES, SCHILLER & FLEXNER LLP

                                       By:   /s/ David A. Barrett_____
                                             David A. Barrett

                                         575 Lexington Avenue
                                         New York, New York 10022
                                         Phone: (212) 446-2300
                                         Fax:  (212) 446-2350

                                         *Attorneys for Plaintiffs*

Dockets.Justia.co