UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :   Master File No.
               Plaintiffs,                 :   09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :   RULE 7.1 DISCLOSURE
                                                            :         STATEMENT
               Defendants.                 :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Landville Capital Management S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                                            BOIES, SCHILLER & FLEXNER LLP


                                            By:   /s/ David A. Barrett_____
                                                David A. Barrett

                                            575 Lexington Avenue
                                            New York, New York 10022
                                            Phone: (212) 446-2300
                                            Fax:  (212) 446-2350

                                            *Attorneys for Plaintiffs*

Dockets.Justia.co