```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
ANWAR, ET AL.,                                :
                                              :    Master File No.
                    Plaintiffs,               :    09-cv-0118 (VM)
                                              :
FAIRFIELD GREENWICH GROUP, ET AL.,            :    RULE 7.1 DISCLOSURE
                                              :       STATEMENT
                    Defendants.               :
                                              :
------------------------------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 20/20 Investments (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:___/s/ David A. Barrett_____
                                              David A. Barrett

                                        575 Lexington Avenue
                                        New York, New York 10022
                                        Phone: (212) 446-2300
                                        Fax:  (212) 446-2350

                                        *Attorneys for Plaintiffs*

Dockets.Justia.com