```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
ANWAR, ET AL.,                                :
                                              :   Master File No.
                Plaintiffs,                   :   09-cv-0118 (VM)
                                              :
FAIRFIELD GREENWICH GROUP, ET AL.,            :   RULE 7.1 DISCLOSURE
                                              :       STATEMENT
                Defendants.                   :
                                              :
------------------------------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AXA Private Management (a private non-governmental party) certifies that AXA Holdings Belgium holds 100% of its shares.

Dated: New York, New York
       April 29, 2009

                                BOIES, SCHILLER & FLEXNER LLP


                                By:___/s/ David A. Barrett_____
                                        David A. Barrett

                                575 Lexington Avenue
                                New York, New York 10022
                                Phone: (212) 446-2300
                                Fax:   (212) 446-2350

                                *Attorneys for Plaintiffs*

Dockets.Justia.co