UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :    Master File No.
                         Plaintiffs,                        :    09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :    RULE 7.1 DISCLOSURE
                                                            :        STATEMENT
                         Defendants.                        :
                                                            :
------------------------------------------------------------X

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for St. Stephen's School (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                                              BOIES, SCHILLER & FLEXNER LLP


                                              By:   /s/ David A. Barrett
                                                   David A. Barrett

                                             575 Lexington Avenue
                                             New York, New York 10022
                                             Phone: (212) 446-2300
                                             Fax:  (212) 446-2350

                                             *Attorneys for Plaintiffs*

Dockets.Justia.co