UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :    Master File No.
                    Plaintiffs,                             :    09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :    RULE 7.1 DISCLOSURE
                                                            :           STATEMENT
                    Defendants.                             :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Diversified Investments Associates Class A Units (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                               BOIES, SCHILLER & FLEXNER LLP


                               By:   /s/ David A. Barrett_____
                                  David A. Barrett

                                575 Lexington Avenue
                                New York, New York 10022
                                Phone: (212) 446-2300
                                Fax:  (212) 446-2350

                               *Attorneys for Plaintiffs*

Dockets.Justia.com