UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANWAR, ET AL.,

                Plaintiffs,

FAIRFIELD GREENWICH GROUP, ET AL.,

                Defendants.

------------------------------------------------------------X

Master File No.
09-cv-0118 (VM)

RULE 7.1 DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ABR Capital Fixed Option/Income Strategic Fund LP (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       April 29, 2009

                              BOIES, SCHILLER & FLEXNER LLP

                              By:   /s/ David A. Barrett
                                  David A. Barrett

                              575 Lexington Avenue
                              New York, New York 10022
                              Phone: (212) 446-2300
                              Fax:  (212) 446-2350

                              *Attorneys for Plaintiffs*

Dockets.Justia.co