```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
ANWAR, ET AL.,                                :
                                              :   Master File No.
                       Plaintiffs,            :   09-cv-0118 (VM)
                                              :
FAIRFIELD GREENWICH GROUP, ET AL.,            :   RULE 7.1 DISCLOSURE
                                              :        STATEMENT
                       Defendants.            :
                                              :
-----------------------------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Harel Insurance Investment and Financial Services Ltd. (a private non-governmental party) certifies that Sampoerna Capital holds 20.2 % of the company shares.

Dated: New York, New York
       April 29, 2009

                                    BOIES, SCHILLER & FLEXNER LLP


                                    By:___/s/ David A. Barrett_____
                                          David A. Barrett

                                          575 Lexington Avenue
                                          New York, New York 10022
                                          Phone: (212) 446-2300
                                          Fax:   (212) 446-2350

                                          *Attorneys for Plaintiffs*