UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

ANWAR, et al.

       Plaintiffs

    - against -

FAIRFIELD GREENWICH
LIMITED, et al.,

       Defendants.

THIS DOCUMENT RELATES TO:

09CV0134 (VM) - Pacific West v. Fairfield Greenwich Group

------------------------------------------ X

Master File No. 09 CV 0118 (VM)

09CV0134 (VM) (Pacific West Action)

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE enter my appearance as counsel of record on behalf of defendant Andres Piedrahita, in the above-captioned action. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
   May 18, 2009

        DECHERT LLP

        By: <u>/s/ Andrew J. Levander</u>
         Andrew J. Levander
         andrew.levander@dechert.com
         1095 Avenue of the Americas
         New York, New York 10036-6797
        Tel.:(212) 698-3500
        Fax: (212) 698-3599

        Attorneys for Andres Piedrahita