UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANWAR, et al.

              Plaintiffs

- against -

FAIRFIELD GREENWICH LIMITED, et al.,

              Defendants.

THIS DOCUMENT RELATES TO:

09CV0134 (VM) - Pacific West v. Fairfield Greenwich Group

Master File No. 09 CV 0118 (VM)

09CV0134 (VM) (Pacific West Action)

**NOTICE OF APPEARANCE**

---

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE enter my appearance as counsel of record on behalf of defendant Andres Piedrahita, in the above-captioned action. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
       May 18, 2009

DECHERT LLP

By:  /s/ David S. Hoffner
    David S. Hoffner
    david.hoffner@dechert.com
    1095 Avenue of the Americas
    New York, New York 10036-6797
Tel.:(212) 698-3500
Fax: (212) 698-3599

Attorneys for Andres Piedrahita