UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

ANWAR, et al.

                Plaintiffs

- against -

FAIRFIELD GREENWICH LIMITED, et al.,

                Defendants.

THIS DOCUMENT RELATES TO:

09CV0134 (VM) - Pacific West v. Fairfield Greenwich Group

---------------------------------------- X

Master File No. 09 CV 0118 (VM)

09CV0134 (VM) (Pacific West Action)

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE enter my appearance as counsel of record on behalf of defendant Andres Piedrahita, in the above-captioned action. I certify that I am admitted to practice in the Southern District of New York.

Dated: Princeton, New Jersey
       May 19, 2009

DECHERT LLP

By: /s/ Jennie B. Krasner
    Jennie B. Krasner
    jennie.krasner@dechert.com
    902 Carnegie Center, Suite 500
    Princeton, NJ 08540-6531
Tel. 609.955.3200
Fax 609.955.3259

Attorneys for Andres Piedrahita