UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-09

-------------------------------------------------------x

Anwar *et al.*,

                Plaintiffs,

        vs.

Fairfield Greenwich Limited, *et al.*,

                Defendants.

This Document Relates To:  All Actions

-------------------------------------------------------x

MASTER FILE
Civil Action No.: 09-CV-0118 (VM)

## STIPULATION ADJOURNING DEADLINE TO RESPOND TO THE COMPLAINT

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for parties in the above-captioned action, as follows:

1.     Defendants consent to the service and filing by Plaintiffs of a Second Consolidated Amended Complaint.

2.     Defendants' time to answer, move against or otherwise respond to any complaint in this action is adjourned until 45 days after service by Plaintiffs of a Second Consolidated Amended Complaint.

3.     By agreeing to this stipulation, Defendants and Plaintiffs do not waive and expressly preserve any and all defenses and claims they may have.

Dated: June 8, 2009
New York, New York

BOIES, SCHILLER & FLEXNER LLP

By: *Sasha B. Bouchoa, for:*
David A. Barrett
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

Stuart H. Singer
401 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301-2211
(954) 356-0011

*Interim Co-Lead Counsel for Plaintiffs*

SIMPSON THACHER & BARTLETT LLP          WHITE & CASE LLP

By: _____          By: _____
Michael J. Chepiga                          Glenn Kurtz
Mark G. Cunha                               Andrew Hammond
Peter E. Kazanoff                           1155 Avenue of the Americas
425 Lexington Ave.                          New York, NY 10036
New York, NY 10017                          (212) 819-8200
(212) 455-2000

*Attorneys for Fairfield Greenwich Limited,*          *Attorneys for Walter M. Noel, Jr.*
*Fairfield Greenwich (Bermuda) LTD., Fairfield*
*Heathcliff Capital LLC, Fairfield Greenwich*
*Advisors LLC, Fairfield Risk Services Ltd.,*
*Fairfield Greenwich (UK) Limited, Lourdes*
*Barreneche, Vianney D'Hendecourt, Yanko Della*
*Schiava, Harold Greisman, Jacqueline Harary,*
*Richard Landsberger, Daniel Lipton, Julia*
*Luongo, Mark McKeefry, Maria Teresa Pulido*
*Mendoza, Charles Murphy, Santiago Reyes,*
*Andrew Smith, and Philip Toub*

2

BOIES, SCHILLER & FLEXNER LLP

By: _____
David A. Barrett
575 Lexington Avenue
New York, NY 10022
(212) 446-2300

Stuart H. Singer
401 E. Las Olas Blvd.
Ft. Lauderdale, FL 33301-2211
(954) 356-0011

*Interim Co-Lead Counsel for Plaintiffs*

SIMPSON THACHER & BARTLETT LLP          WHITE & CASE LLP

By: _____             By: _____
Michael J. Chepiga                       Glenn Kurtz
Mark G. Cunha                            Andrew Hammond
Peter E. Kazanoff                        1155 Avenue of the Americas
425 Lexington Ave.                       New York, NY 10036
New York, NY 10017                       (212) 819-8200
(212) 455-2000

*Attorneys for Fairfield Greenwich Limited,*        *Attorneys for Walter M. Noel, Jr.*
*Fairfield Greenwich (Bermuda) LTD., Fairfield*
*Heathcliff Capital LLC, Fairfield Greenwich*
*Advisors LLC, Fairfield Risk Services Ltd.,*
*Fairfield Greenwich (UK) Limited, Lourdes*
*Barreneche, Vianney D'Hendecourt, Yanko Della*
*Schiava, Harold Greisman, Jacqueline Harary,*
*Richard Landsberger, Daniel Lipton, Julia*
*Luongo, Mark McKeefry, Maria Teresa Pulido*
*Mendoza, Charles Murphy, Santiago Reyes,*
*Andrew Smith, and Philip Toub*

2

BOIES, SCHILLER & FLEXNER LLP

By: _____

    David A. Barrett
    575 Lexington Avenue
    New York, NY 10022
    (212) 446-2300

    Stuart H. Singer
    401 E. Las Olas Blvd.
    Ft. Lauderdale, FL 33301-2211
    (954) 356-0011

*Interim Co-Lead Counsel for Plaintiffs*

| SIMPSON THACHER & BARTLETT LLP | WHITE & CASE LLP |
|---|---|
| By: _____ | By: *[signature]* |
|     Michael J. Chepiga |     Glenn Kurtz |
|     Mark G. Cunha |     Andrew Hammond |
|     Peter E. Kazanoff |     1155 Avenue of the Americas |
|     425 Lexington Ave. |     New York, NY 10036 |
|     New York, NY 10017 |     (212) 819-8200 |
|     (212) 455-2000 | |

*Attorneys for Fairfield Greenwich Limited,*                               *Attorneys for Walter M. Noel, Jr.*
*Fairfield Greenwich (Bermuda) LTD., Fairfield*
*Heathcliff Capital LLC, Fairfield Greenwich*
*Advisors LLC, Fairfield Risk Services Ltd.,*
*Fairfield Greenwich (UK) Limited, Lourdes*
*Barreneche, Vianney D'Hendecourt, Yanko Della*
*Schiava, Harold Greisman, Jacqueline Harary,*
*Richard Landsberger, Daniel Lipton, Julia*
*Luongo, Mark McKeefry, Maria Teresa Pulido*
*Mendoza, Charles Murphy, Santiago Reyes,*
*Andrew Smith, and Philip Toub*

2

DECHERT LLP

By: _____
    Andrew Levander
    David Hoffner
    1095 Avenue of the Americas
    New York, NY 10036
    (212) 698-3500

*Attorney for Andres Piedrahita*


DEBEVOISE & PLIMPTON LLP


By: _____
    Mark P. Goodman
    Helen V. Cantwell
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000

*Attorneys for Amit Vijayvergiya*


O'SHEA PARTNERS LLP


By: _____
    Sean F. O'Shea
    521 Fifth Avenue, 25th Floor
    New York, NY 10175
    (212) 682-4426

*Attorneys for Cornelis Boele*


KASOWITZ BENSON TORRES & FRIEDMAN LLP


By: _____
    Marc Kasowitz
    Daniel J. Fetterman
    1633 Broadway
    New York, NY 10019
    (212) 506-1700

*Attorneys for Jeffrey Tucker*


LAW OFFICES OF KENNETH A. ZITTER


By: _____
    Kenneth A. Zitter
    260 Madison Avenue, 18th Floor
    New York, NY 10016
    (212) 532-8000

*Attorneys for Brian Francoeur*


MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.


By: _____
    Robert J. Anello
    565 Fifth Avenue
    New York, NY 10017
    (212) 856-9600

*Attorneys for David Horn and Robert Blum*

DECHERT LLP

By: _____
    Andrew Levander
    David Hoffner
    1095 Avenue of the Americas
    New York, NY 10036
    (212) 698-3500

*Attorney for Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: _____
    Mark P. Goodman
    Helen V. Cantwell
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000

*Attorneys for Amit Vijayvergiya*

O'SHEA PARTNERS LLP

By: _____
    Sean F. O'Shea
    521 Fifth Avenue, 25th Floor
    New York, NY 10175
    (212) 682-4426

*Attorneys for Cornelis Boele*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
    Marc Kasowitz
    Daniel J. Fetterman
    1633 Broadway
    New York, NY 10019
    (212) 506-1700

*Attorneys for Jeffrey Tucker*

LAW OFFICES OF KENNETH A. ZITTER

By: _____
    Kenneth A. Zitter
    260 Madison Avenue, 18th Floor
    New York, NY 10016
    (212) 532-8000

*Attorneys for Brian Francoeur*

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: _____
    Robert J. Anello
    565 Fifth Avenue
    New York, NY 10017
    (212) 856-9600

*Attorneys for David Horn and Robert Blum*

DECHERT LLP

By: _____
            Andrew Levander
            David Hoffner
            1095 Avenue of the Americas
            New York, NY 10036
            (212) 698-3500

*Attorney for Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: _____
            Mark P. Goodman
            Helen V. Cantwell
            919 Third Avenue
            New York, NY 10022
            (212) 909-6000

*Attorneys for Amit Vijayvergiya*

O'SHEA PARTNERS LLP

By: _____
            Sean F. O'Shea
            521 Fifth Avenue, 25th Floor
            New York, NY 10175
            (212) 682-4426

*Attorneys for Cornelis Boele*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
            Marc Kasowitz
            Daniel J. Fetterman
            1633 Broadway
            New York, NY 10019
            (212) 506-1700

*Attorneys for Jeffrey Tucker*

LAW OFFICES OF KENNETH A. ZITTER

By: _____
            Kenneth A. Zitter
            260 Madison Avenue, 18th Floor
            New York, NY 10016
            (212) 532-8000

*Attorneys for Brian Francoeur*

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: _____
            Robert J. Anello
            565 Fifth Avenue
            New York, NY 10017
            (212) 856-9600

*Attorneys for David Horn and Robert Blum*

3

DECHERT LLP

By: _____
Andrew Levander
David Hoffner
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorney for Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: _____
Mark P. Goodman
Helen V. Cantwell
919 Third Avenue
New York, NY 10022
(212) 909-6000

*Attorneys for Amit Vijayvergiya*

O'SHEA PARTNERS LLP

By: _____
Sean F. O'Shea
521 Fifth Avenue, 25th Floor
New York, NY 10175
(212) 682-4426

*Attorneys for Cornelis Boele*

KASOWITZ BENSON TORRES & FRIEDMAN
LLP

By: _____
Marc Kasowitz
Daniel J. Fetterman
1633 Broadway
New York, NY 10019
(212) 506-1700

*Attorneys for Jeffrey Tucker*

LAW OFFICES OF KENNETH A. ZITTER

By: _____
Kenneth A. Zitter
260 Madison Avenue, 18th Floor
New York, NY 10016
(212) 532-8000

*Attorneys for Brian Francoeur*

MORVILLO, ABRAMOWITZ, GRAND, IASON,
ANELLO & BOHRER, P.C.

By: _____
Robert J. Anello
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*Attorneys for David Horn and Robert Blum*

3

DECHERT LLP

By: _____
    Andrew Levander
    David Hoffner
    1095 Avenue of the Americas
    New York, NY 10036
    (212) 698-3500

*·Attorney for Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: _____
    Mark P. Goodman
    Helen V. Cantwell
    919 Third Avenue
    New York, NY 10022
    (212) 909-6000

*Attorneys for Amit Vijayvergiya*

O'SHEA PARTNERS LLP

By: _____
    Sean F. O'Shea
    521 Fifth Avenue, 25th Floor
    New York, NY 10175
    (212) 682-4426

*Attorneys for Cornelis Boele*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
    Marc Kasowitz
    Daniel J. Fetterman
    1633 Broadway
    New York, NY 10019
    (212) 506-1700

*Attorneys for Jeffrey Tucker*

LAW OFFICES OF KENNETH A. ZITTER

By: *Kenneth Zitter* (ne)
    Kenneth A. Zitter
    260 Madison Avenue, 18th Floor
    New York, NY 10016
    (212) 532-8000

*Attorneys for Brian Francoeur*

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: _____
    Robert J. Anello
    565 Fifth Avenue
    New York, NY 10017
    (212) 856-9600

*Attorneys for David Horn and Robert Blum*

3

DECHERT LLP

By: _____
           Andrew Levander
           David Hoffner
           1095 Avenue of the Americas
           New York, NY 10036
           (212) 698-3500

*Attorney for Andres Piedrahita*

DEBEVOISE & PLIMPTON LLP

By: _____
           Mark P. Goodman
           Helen V. Cantwell
           919 Third Avenue
           New York, NY 10022
           (212) 909-6000

*Attorneys for Amit Vijayvergiya*

O'SHEA PARTNERS LLP

By: _____
           Sean F. O'Shea
           521 Fifth Avenue, 25th Floor
           New York, NY 10175
           (212) 682-4426

*Attorneys for Cornelis Boele*

KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
           Marc Kasowitz
           Daniel J. Fetterman
           1633 Broadway
           New York, NY 10019
           (212) 506-1700

*Attorneys for Jeffrey Tucker*

LAW OFFICES OF KENNETH A. ZITTER

By: _____
           Kenneth A. Zitter
           260 Madison Avenue, 18th Floor
           New York, NY 10016
           (212) 532-8000

*Attorneys for Brian Francoeur*

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

By: _____
           Robert J. Anello
           565 Fifth Avenue
           New York, NY 10017
           (212) 856-9600

*Attorneys for David Horn and Robert Blum*

RJA
6-8-09

3

GILBRIDE HELLER & BROWN, P.A.

By: _____
Lewis N. Brown
1 Biscayne Tower, 15th Fl.
2 S. Biscayne Blvd,
Miami, FL 33131
(305) 358-3580

*Attorneys for Citco Fund Services (Europe) BV
and Citco (Canada) Inc.*

CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP

By: _____
Eliot Lauer
Michael Moscato
101 Park Avenue,
New York, NY 10178
(212) 696-6000

*Attorneys for Citco Fund Services (Europe) BV and
Citco (Canada) Inc.*

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Victor Marrero
U.S.D.J.

4

GILBRIDE HELLER & BROWN, P.A.

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: _____
    Lewis N. Brown
    1 Biscayne Tower, 15th Fl.
    2 S. Biscayne Blvd,
    Miami, FL 33131
    (305) 358-3580

By: _____
    Eliot Lauer
    Michael Moscato
    101 Park Avenue,
    New York, NY 10178
    (212) 696-6000

*Attorneys for Citco Fund Services (Europe) BV and Citco (Canada) Inc.*

*Attorneys for Citco Fund Services (Europe) BV and Citco (Canada) Inc.*

IT IS SO ORDERED.

Dated: _9 June 2009_

_____
The Honorable Victor Marrero
U.S.D.J.

4