UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ANWAR, *et al.*,

                Plaintiffs,

v.

FAIRFIELD GREENWICH LIMITED, *et al.*,

                Defendants.

MASTER FILE NO. 09-CV-0118 (VM)

This Document Relates To:

09-CV-2588 (VM) (*Pierce* Action)
------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF PAUL J. SIRKIS

I, Paul J. Sirkis, make this declaration pursuant to 28 USC § 1746. I hereby state as follows:

1. I am an attorney associated with the law firm of Simpson Thacher & Bartlett LLP, counsel for certain Defendants in the above-captioned action. I submit this Supplemental Declaration and exhibits hereto, in support of FGA's opposition to the motions to remand by the *Ferber*, *Pierce*, *Morning Mist* and *Sentry* Plaintiffs in the above-captioned consolidated action. I am fully familiar with the matters stated herein based on personal knowledge or review of files in the possession of my firm.

2. Attached are true and correct redacted copies of subscription agreements ("Subscription Agreements") of the following limited partners in Greenwich Sentry Partners, LP ("GSP"):

    i. Attached hereto as Exhibit 1 is a true and correct redacted copy of the Subscription Agreement of Accucom Consulting Inc. Profit Sharing Plan.

    ii. Attached hereto as Exhibit 2 is a true and correct redacted copy of the Subscription Agreement of Allard Investors LP.

1

iii. Attached hereto as Exhibit 3 is a true and correct redacted copy of the Subscription Agreement of Arque Constellation Fund, LP.

iv. Attached hereto as Exhibit 4 is a true and correct redacted copy of the Subscription Agreement of Artemis Financial Services LLC.

v. Attached hereto as Exhibit 5 is a true and correct redacted copy of the Subscription Agreement of Artemis Financial Services LLC Pension Fund.

vi. Attached hereto as Exhibit 6 is a true and correct redacted copy of the Subscription Agreement of Capital Management Partners.

vii. Attached hereto as Exhibit 7 is a true and correct redacted copy of the Subscription Agreement of Core Equity Trust.

viii. Attached hereto as Exhibit 8 is a true and correct redacted copy of the Subscription Agreement of Dawson Bypass Trust.

ix. Attached hereto as Exhibit 9 is a true and correct redacted copy of the Subscription Agreement of Edward Demetriou.

x. Attached hereto as Exhibit 10 is a true and correct redacted copy of the Subscription Agreement of Frank E. Pierce, III.

xi. Attached hereto as Exhibit 11 is a true and correct redacted copy of the Subscription Agreement of Frank E. Pierce, III, IRA.

xii. Attached hereto as Exhibit 12 is a true and correct redacted copy of the Subscription Agreement of Gail Plautz, John Plautz and Alberta Plautz as joint tenants.

xiii. Attached hereto as Exhibit 13 is a true and correct redacted copy of the Subscription Agreement of Gil Bossidan.

xiv. Attached hereto as Exhibit 14 is a true and correct redacted copy of the Subscription Agreement of Goldberger & Dubin Retirement Trust.

xv. Attached hereto as Exhibit 15 is a true and correct redacted copy of the Subscription Agreement of Joyce Rubin and Barry Globerman as joint tenants.

xvi. Attached hereto as Exhibit 16 is a true and correct redacted copy of the Subscription Agreement of JODA Brokerage Associates, Inc. Pension.

xvii. Attached hereto as Exhibit 17 is a true and correct redacted copy of the Subscription Agreement of John R. Schaupp.

xviii. Attached hereto as Exhibit 18 is a true and correct redacted copy of the Subscription Agreement of Jose Luis Cabrera & Rosa Maria Cabeda.

xix. Attached hereto as Exhibit 19 is a true and correct redacted copy of the Subscription Agreement of Lisa G. Kaminir.

xx. Attached hereto as Exhibit 20 is a true and correct redacted copy of the Subscription Agreement of Marilyn Noel McAlister.

xxi. Attached hereto as Exhibit 21 is a true and correct redacted copy of the Subscription Agreement of Natalia Hatgis.

xxii. Attached hereto as Exhibit 22 is a true and correct redacted copy of the Subscription Agreement of Patricia L. Cook Revocable Trust.

xxiii. Attached hereto as Exhibit 23 is a true and correct redacted copy of the Subscription Agreement of Philip A. Annibali Declaration of Trust.

xxiv. Attached hereto as Exhibit 24 is a true and correct redacted copy of the Subscription Agreement of Ronald A. Thomann.

xxv. Attached hereto as Exhibit 25 is a true and correct redacted copy of the Subscription Agreement of Sara Varzan and Luis Aron.

xxvi. Attached hereto as Exhibit 26 is a true and correct redacted copy of the Subscription Agreement of Susan Jo McKeefry Insurance Trust.

xxvii. Attached hereto as Exhibit 27 is a true and correct redacted copy of the Subscription Agreement of Susan McKeefry.

xxviii. Attached hereto as Exhibit 28 is a true and correct redacted copy of the Subscription Agreement of Triumph Multi-Series Fund LP.

xxix. Attached hereto as Exhibit 29 is a true and correct redacted copy of the Subscription Agreement of Yoshiki Hidaka and Masano Hidaka.

xxx. Attached hereto as Exhibit 30 is a true and correct redacted copy of the Subscription Agreement of Premier Advisors Fund LLC.

xxxi. Attached hereto as Exhibit 31 is a true and correct redacted copy of the Subscription Agreement of Juniper Street Absolute Return Trust.

xxxii. Attached hereto as Exhibit 32 is a true and correct redacted copy of the Subscription Agreement of Matapedia LP.

xxxiii. Attached hereto as Exhibit 33 is a true and correct redacted copy of the Subscription Agreement of Citco Global Custody NV Pictet Notzstucki.

xxxiv. Attached hereto as Exhibit 34 is a true and correct redacted copy of the Subscription Agreement of Gillian Jolis Defined Benefit Plan.

3. Pursuant to an order issued by Magistrate Judge Theodore H. Katz on May 13, 2009 (the "Order"), subpoenas were served on 9 non-party limited partners in GSP (the "Subpoenas"), including on Triumph Multi-Series Fund LP, c/o Calhoun Asset Management, 8770 West Bryn Mawr Avenue, Suite 1300, Chicago, IL 60631 ("Triumph"). Attached hereto as Exhibit 35 is a true and correct copy of a Subpoena response received from Calhoun Asset Management, the General Partner of Triumph, on August 4, 2009, indicating that one of the limited partners in Triumph is a trust with four beneficiaries, and another limited partner in Triumph is a partnership held by two partners.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2009

_____
Paul J. Sirkis