UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                   :
ANWAR, ET AL.,                                     :
                                                   :        Master File No.
                    Plaintiffs,                    :        09-cv-0118 (VM)
                                                   :
FAIRFIELD GREENWICH GROUP, ET AL.,                 :        RULE 7.1 DISCLOSURE
                                                   :                 STATEMENT
                    Defendants.                    :
                                                   :
-------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ABN AMRO LIFE S.A. (a private non-governmental party) is fully owned (100%) by ABN AMRO Bank (Luxembourg) S.A. which is fully owned (100%) by ABN AMRO Bank N.V. in Amsterdam.  In 2007, the ABN AMRO Group was purchased by a consortium of banks comprising The Royal Bank of Scotland Group plc ("RBS"), Fortis N.V. and Fortis S.A. / N.V. ("Fortis") and Banco Santander S.A. ("Santander").  In 2008, the State of the Netherlands (the "Dutch State") took over the part of Fortis in the consortium.

Dated:  New York, New York
         September 29, 2009

                                      BOIES, SCHILLER & FLEXNER LLP


                                      By:___/s/ David A. Barrett_____
                                          David A. Barrett
                                          575 Lexington Avenue
                                          New York, New York 10022
                                          Phone: (212) 446-2300
                                          Fax:  (212) 446-2350
                                          *Attorneys for Plaintiffs*