Pacific West Health Medical Center Inc. Employees Retirement Trust et al ...ld Greenwich Group et al                                    Doc. 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                    :

ANWAR, ET AL.,                                  :

                                                    :   Master File No.
                   Plaintiffs,        :   09-cv-0118 (VM)
                                                      :

FAIRFIELD GREENWICH GROUP, ET AL.,    :   RULE 7.1 DISCLOSURE
                                                      :          STATEMENT
                  Defendants.         :
                                                      :
-----------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Aldeneik B.V (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns its stock.

Dated:  New York, New York
           September 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:   /s/ David A. Barrett
                                                 David A. Barrett

                                                 575 Lexington Avenue
                                                 New York, New York 10022
                                                 Phone: (212) 446-2300
                                                 Fax:  (212) 446-2350

                                                 *Attorneys for Plaintiffs*

Dockets.Justia.com