UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                             :

ANWAR, ET AL.,                                             :
                                                                                             :        Master File No.
                                    Plaintiffs,        :        09-cv-0118 (VM)
                                                                                             :

FAIRFIELD GREENWICH GROUP, ET AL.,    :        RULE 7.1 DISCLOSURE
                                                                                            :              STATEMENT
                                     Defendants.     :
                                                                                             :
-----------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bahraini Saudi Bank (a private non-governmental party) operates as a subsidiary of Al-Salam Bank – Bahrain B.S.C. as of July 12, 2009. Al Salaam Bank is a listed entity and holds 90.29% of our stock.

Dated: New York, New York
           September 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:    /s/ David A. Barrett
                                                   David A. Barrett

                                                 575 Lexington Avenue
                                                 New York, New York 10022
                                                 Phone: (212) 446-2300
                                                 Fax:  (212) 446-2350

                                                 *Attorneys for Plaintiffs*