```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ANWAR, ET AL.,                                             :
                                                           :   Master File No.
                       Plaintiffs,                         :   09-cv-0118 (VM)
                                                           :
FAIRFIELD GREENWICH GROUP, ET AL.,                         :   RULE 7.1 DISCLOSURE
                                                           :          STATEMENT
                       Defendants.                         :
                                                           :
-----------------------------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Banca Sella Holding S.P.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       September 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:     /s/ David A. Barrett
                                                David A. Barrett

                                                575 Lexington Avenue
                                                New York, New York 10022
                                                Phone: (212) 446-2300
                                                Fax:   (212) 446-2350

                                                *Attorneys for Plaintiffs*