```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
ANWAR, ET AL.,                                          :
                                                        :    Master File No.
                              Plaintiffs,               :    09-cv-0118 (VM)
                                                        :
FAIRFIELD GREENWICH GROUP, ET AL.,                      :    RULE 7.1 DISCLOSURE
                                                        :         STATEMENT
                              Defendants.               :
                                                        :
------------------------------------------------------------X
```

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Berzosa de Inversiones, SICAV, S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York

      September 29, 2009

                                       BOIES, SCHILLER & FLEXNER LLP


                                       By:   /s/ David A. Barrett
                                              David A. Barrett

                                              575 Lexington Avenue
                                              New York, New York 10022
                                              Phone: (212) 446-2300
                                              Fax:  (212) 446-2350

                                              *Attorneys for Plaintiffs*