UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
ANWAR, ET AL.,                                                :
                                                              :   Master File No.
                    Plaintiffs,                               :   09-cv-0118 (VM)
                                                              :
FAIRFIELD GREENWICH GROUP, ET AL.,                            :   RULE 7.1 DISCLOSURE
                                                              :   STATEMENT
                    Defendants.                               :
                                                              :
-------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Certimab Control SL (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       September 29, 2009

                                BOIES, SCHILLER & FLEXNER LLP

                                By:   /s/ David A. Barrett
                                     David A. Barrett

                                   575 Lexington Avenue
                                   New York, New York 10022
                                   Phone: (212) 446-2300
                                   Fax:  (212) 446-2350

                                   *Attorneys for Plaintiffs*