Pacific West Health Medical Center Inc. Employees Retirement Trust et al ...ld Greenwich Group et al                    Doc. 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                               :

ANWAR, ET AL.,                                  :
                                                                                :   Master File No.
                          Plaintiffs,           :   09-cv-0118 (VM)
                                                                                 :

FAIRFIELD GREENWICH GROUP, ET AL.,  :   RULE 7.1 DISCLOSURE
                                                                                 :           STATEMENT
                        Defendants.           :
                                                                                 :
-------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Compass Inversiones Sicav, S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
           September 29, 2009

                                                     BOIES, SCHILLER & FLEXNER LLP

                                                     By:    /s/ David A. Barrett_____
                                                                 David A. Barrett

                                                                 575 Lexington Avenue
                                                                 New York, New York 10022
                                                                 Phone: (212) 446-2300
                                                                 Fax:  (212) 446-2350

                                                                 *Attorneys for Plaintiffs*

Dockets.Justia.com