UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :   Master File No.
                              Plaintiffs,                   :   09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :   RULE 7.1 DISCLOSURE
                                                            :           STATEMENT
                              Defendants.                   :
                                                            :
-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for EVG Bank Ltd. (a private non-governmental party) is owned by Montana Private Foundation.

Dated: New York, New York
       September 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:    /s/ David A. Barrett
                                               David A. Barrett

                                               575 Lexington Avenue
                                               New York, New York 10022
                                               Phone: (212) 446-2300
                                               Fax:   (212) 446-2350

                                               *Attorneys for Plaintiffs*