UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                      :

ANWAR, ET AL.,                                 :

                                                    : Master File No.
                      Plaintiffs,          : 09-cv-0118 (VM)
                                                      :

FAIRFIELD GREENWICH GROUP, ET AL.,    : RULE 7.1 DISCLOSURE
                                                     :              STATEMENT
                    Defendants.          :

------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Florijn S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns its stock.

Dated:  New York, New York
           September 29, 2009

                                                BOIES, SCHILLER & FLEXNER LLP

                                                By:   /s/ David A. Barrett
                                                       David A. Barrett

                                                       575 Lexington Avenue
                                                       New York, New York 10022
                                                       Phone: (212) 446-2300
                                                       Fax:  (212) 446-2350

                                                       *Attorneys for Plaintiffs*