UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                        :

ANWAR, ET AL.,
                                          Plaintiffs,      :      Master File No.
                                                                :      09-cv-0118 (VM)

FAIRFIELD GREENWICH GROUP, ET AL.,  :      RULE 7.1 DISCLOSURE
                                                                 :           STATEMENT
                                     Defendants.     :

-----------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gama Bursatil Sicav, S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
           September 29, 2009

                                                     BOIES, SCHILLER & FLEXNER LLP

                                                     By:   /s/ David A. Barrett_____
                                                             David A. Barrett

                                                             575 Lexington Avenue
                                                             New York, New York 10022
                                                             Phone: (212) 446-2300
                                                             Fax:  (212) 446-2350

                                                             *Attorneys for Plaintiffs*