UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ANWAR, ET AL.,                                             :
                                                           :   Master File No.
                        Plaintiffs,                        :   09-cv-0118 (VM)
                                                           :
FAIRFIELD GREENWICH GROUP, ET AL.,                         :   RULE 7.1 DISCLOSURE
                                                           :          STATEMENT
                        Defendants.                        :
                                                           :
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Harel Insurance Company Ltd. (a private non-governmental party) is fully owned by Harel Insurance Investments and Financial Services Ltd.

Dated: New York, New York
       September 29, 2009

                                    BOIES, SCHILLER & FLEXNER LLP


                                    By:   /s/ David A. Barrett
                                         David A. Barrett

                                         575 Lexington Avenue
                                         New York, New York 10022
                                         Phone: (212) 446-2300
                                         Fax:  (212) 446-2350

                                         *Attorneys for Plaintiffs*