UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :        Master File No.
                            Plaintiffs,                     :        09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :        RULE 7.1 DISCLOSURE
                                                            :                STATEMENT
                            Defendants.                     :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Income Inversiones Sicav, S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
          September 29, 2009

                                  BOIES, SCHILLER & FLEXNER LLP


                                  By:   /s/ David A. Barrett_____
                                      David A. Barrett

                                      575 Lexington Avenue
                                      New York, New York 10022
                                      Phone: (212) 446-2300
                                      Fax:  (212) 446-2350

                                      *Attorneys for Plaintiffs*