```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
ANWAR, ET AL.,                                               :
                                                             :    Master File No.
                           Plaintiffs,                       :    09-cv-0118 (VM)
                                                             :
FAIRFIELD GREENWICH GROUP, ET AL.,                           :    RULE 7.1 DISCLOSURE
                                                             :         STATEMENT
                           Defendants.                       :
                                                             :
-------------------------------------------------------------X
```

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Inversiones Mobiliarias Alicante, Simcav, S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
        September 29, 2009

                                                      BOIES, SCHILLER & FLEXNER LLP

                                                      By:   /s/ David A. Barrett_____
                                                           David A. Barrett

                                                           575 Lexington Avenue
                                                           New York, New York 10022
                                                           Phone: (212) 446-2300
                                                           Fax:  (212) 446-2350

                                                           *Attorneys for Plaintiffs*