UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                   :
ANWAR, ET AL.,           :
                   : Master File No.
       Plaintiffs, : 09-cv-0118 (VM)
                   :
FAIRFIELD GREENWICH GROUP, ET AL., : RULE 7.1 DISCLOSURE
                   :     STATEMENT
      Defendants. :
                   :
-----------------------------------------------------------X

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kapital Geld Sicav, S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
     September 29, 2009

                   BOIES, SCHILLER & FLEXNER LLP


                 By: /s/ David A. Barrett
                    David A. Barrett

                    575 Lexington Avenue
                    New York, New York 10022
                    Phone: (212) 446-2300
                    Fax: (212) 446-2350

                    *Attorneys for Plaintiffs*