UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ANWAR, ET AL.,                                             :
                                                           :  Master File No.
                    Plaintiffs,     :  09-cv-0118 (VM)
                                                           :
FAIRFIELD GREENWICH GROUP, ET AL.,                         :  RULE 7.1 DISCLOSURE
                                                           :         STATEMENT
                    Defendants.     :
                                                           :
-----------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Kidman N.V. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
         September 29, 2009

                                    BOIES, SCHILLER & FLEXNER LLP


                                    By:   /s/ David A. Barrett_____
                                         David A. Barrett

                                         575 Lexington Avenue
                                         New York, New York 10022
                                         Phone: (212) 446-2300
                                         Fax:  (212) 446-2350

                                         *Attorneys for Plaintiffs*