UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                         :
ANWAR, ET AL.,                                           :
                                                         :          Master File No.
                              Plaintiffs,                :          09-cv-0118 (VM)
                                                         :
FAIRFIELD GREENWICH GROUP, ET AL.,                       :          RULE 7.1 DISCLOSURE
                                                         :                  STATEMENT
                              Defendants.                :
                                                         :
-------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Mira Securities N.V. (a private non-governmental party) certifies

that it has no parent corporation and no publicly held corporation owns 10% or more of

its stock.

Dated:  New York, New York
        September 29, 2009

                    BOIES, SCHILLER & FLEXNER LLP


                    By:____/s/ David A. Barrett_____
                        David A. Barrett

                        575 Lexington Avenue
                        New York, New York 10022
                        Phone: (212) 446-2300
                        Fax:  (212) 446-2350

                        *Attorneys for Plaintiffs*