Pacific West Health Medical Center Inc. Employees Retirement Trust et al ...ld Greenwich Group et al                                    Doc. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :    Master File No.
                            Plaintiffs,                     :    09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :    RULE 7.1 DISCLOSURE
                                                            :           STATEMENT
                            Defendants.                     :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Nmás1 Gestión Renta Fija, FI (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       September 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP

                                        By:   /s/ David A. Barrett
                                              David A. Barrett

                                          575 Lexington Avenue
                                          New York, New York 10022
                                          Phone: (212) 446-2300
                                          Fax:  (212) 446-2350

                                          *Attorneys for Plaintiffs*

Dockets.Justia.com