UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :

ANWAR, ET AL.,                                  :

                                                 :       Master File No.
                        Plaintiffs,     :       09-cv-0118 (VM)
                                               :

FAIRFIELD GREENWICH GROUP, ET AL.,    :       RULE 7.1 DISCLOSURE
                                               :              STATEMENT
                    Defendants.     :
                                               :
-------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Property & Equity Corp. (a private non-governmental party) certifies that it is owned by a parent company, Legacy Corporation which is the sole owner of Property & Equity Corp. There are no public companies involved in Property & Equity Corp., nor in Legacy Corp.

Dated:  New York, New York
            September 29, 2009

                                                  BOIES, SCHILLER & FLEXNER LLP


                                          By:    /s/ David A. Barrett
                                                 David A. Barrett

                                                 575 Lexington Avenue
                                               New York, New York 10022
                                               Phone: (212) 446-2300
                                               Fax:  (212) 446-2350

                                               *Attorneys for Plaintiffs*