Pacific West Health Medical Center Inc. Employees Retirement Trust et al ...ld Greenwich Group et al                                    Doc. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :      Master File No.
                              Plaintiffs,                   :      09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :      RULE 7.1 DISCLOSURE
                                                            :             STATEMENT
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for South Barrow (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
           September 29, 2009

                                                  BOIES, SCHILLER & FLEXNER LLP


                                                  By:   /s/ David A. Barrett_____
                                                        David A. Barrett

                                                    575 Lexington Avenue
                                                    New York, New York 10022
                                                    Phone: (212) 446-2300
                                                    Fax:  (212) 446-2350

                                                    *Attorneys for Plaintiffs*

Dockets.Justia.com