Pacific West Health Medical Center Inc. Employees Retirement Trust et al ...ld Greenwich Group et al                                Doc. 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR, ET AL.,                                              :
                                                            :       Master File No.
                          Plaintiffs,                       :       09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :       RULE 7.1 DISCLOSURE
                                                            :             STATEMENT
                          Defendants.                       :
                                                            :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SSMART S.A. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
         September 29, 2009

                                  BOIES, SCHILLER & FLEXNER LLP


                                  By:   /s/ David A. Barrett_____
                                       David A. Barrett

                                      575 Lexington Avenue
                                      New York, New York 10022
                                      Phone: (212) 446-2300
                                      Fax:  (212) 446-2350

                                      *Attorneys for Plaintiffs*

Dockets.Justia.com