UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :
ANWAR, ET AL.,                                  :
                                                  :        Master File No.
                               Plaintiffs,    :        09-cv-0118 (VM)
                                                  :
FAIRFIELD GREENWICH GROUP, ET AL.,    :        RULE 7.1 DISCLOSURE
                                                  :                 STATEMENT
                               Defendants.   :
                                                   :
------------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Sunglow Equities Inc. (a private non-governmental party) certifies that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
           September 29, 2009

                                         BOIES, SCHILLER & FLEXNER LLP

                                         By:   /s/ David A. Barrett
                                                David A. Barrett

                                             575 Lexington Avenue
                                           New York, New York 10022
                                           Phone: (212) 446-2300
                                           Fax:  (212) 446-2350

                                           *Attorneys for Plaintiffs*