UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANWAR,ET AL.,                                               :
                                                            :          Master File No.
                        Plaintiffs,                         :          09-cv-0118 (VM)
                                                            :
FAIRFIELD GREENWICH GROUP, ET AL.,                          :          RULE 7.1 DISCLOSURE
                                                            :                STATEMENT
                        Defendants.                         :
                                                            :
------------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Ubione di Banche Italiane S.c.P.A. (a private non-governmental

party) certifies that it has no parent corporation and no publicly held corporation owns

10% or more of its stock.

Dated: New York, New York
         September 29, 2009

                                        BOIES, SCHILLER & FLEXNER LLP


                                        By:___/s/ David A. Barrett_____
                                             David A. Barrett

                                             575 Lexington Avenue
                                             New York, New York 10022
                                             Phone: (212) 446-2300
                                             Fax:  (212) 446-2350

                                             *Attorneys for Plaintiffs*

Dockets.Justia.com