AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Anwar, et al.

V.

Fairfield Greenwich Limited, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: Master File No. 09-cv-118 *(VM)*

TO: (Name and address of Defendant)

Corina Noel Piedrahita
Fairfield Greenwich Group
55 East 52nd Street, 33rd Floor
New York, NY 10055

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

## J. MICHAEL McMAHON

APR 2 4 2009

CLERK                                           DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X
: 
ANWAR et al., : MASTER FILE NO.
: 09-CV-0118 (VM)
:
Plaintiffs, :
:
v. : AFFIDAVIT OF SERVICE
:
FAIRFIELD GREENWICH LIMITED, :
et al., :
:
Defendants. :
:
This Document Relates To: All Actions :
------------------------------------------------X

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

MARK ANTHONY LEBRON, being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. I am employed by the law firm of Boies, Schiller & Flexner LLP, representing Plaintiffs in this action.

3. On September 11, 2009, at approximately 11:30 a.m., I went to The Sherry-Netherland, 781 Fifth Avenue, New York, New York 10022, and I spoke to Duke, the front-desk attendant. I stated that I had legal papers (Summons and Consolidated Amended Complaint, with Exhibits 1 through 26) in this action for Corina Noel Piedrahita. Duke checked Mrs. Piedrahita's name and confirmed her room number, and then directed me to the office at The Sherry-Netherland that would accept papers for Mrs. Piedrahita.

4. At the office of the receiving department, on the first floor of the Sherry-Netherland, I was informed by Robert Weiner, the Director of Security, that he was authorized to

accept papers for Mrs. Piedrahita. After I asked about the room to which the papers would be directed, he stated that it would be Room No. 1701.

4. I asked Mr. Weiner to sign the Summons, indicating his title. He signed it as "R. Weiner, Director of Security," at 11:40 a.m. (See Exhibit A.)

5. I left the papers (Summons and Consolidated Amended Complaint, with Exhibits 1 through 26) addressed to:

> Corina Noel Piedrahita
> c/o The Sherry-Netherland
> 781 Fifth Avenue
> New York, NY 10022

in a box with Robert Weiner on September 11, 2009, at 11:40 a.m.

6. Pursuant to N.Y.C.P.L.R. 308(2), on September 11, 2009, I served, by first-class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof that the communication is from an attorney or concerns an action against Mrs. Piedrahita, a copy of the Summons and the Consolidated Amended Complaint, with Exhibits 1 through 26, in this action to Mrs. Piedrahita's residence at The Sherry-Netherland.

7. I also served, by International Registered Mail, two copies of the Summons and Consolidated Amended Complaint, with Exhibits 1 through 26, in this action addressed to Mrs. Piedrahita's residence at Somontes 9, 28035 Madrid, Spain. (See Exhibit B.)

_____
Mark Anthony Lebron

Sworn to before me this
30th day of September, 2009

_____
Notary Public

SCOTT RONALD WILSON
Notary Public, State of New York
No. 02WI6195643
Qualified in New York County
Commission Expires October 27, 2012

# EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

Anwar, et al.

V.

Fairfield Greenwich Limited, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: Master File No. 09-cv-118 *(VM)*

*Copy of Summons and Consolidated Amended Complaint dated April 24, 2009 and Exhibits 1 through 26 annexed thereto Recieved on September 11, 2009 at 1140 REC*

*Ruwumur - Director of Security*

TO: (Name and address of Defendant)

Corina Noel Piedrahita
Fairfield Greenwich Group
55 East 52nd Street, 33rd Floor
New York, NY 10055

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, NY 10504

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON,

APR 2 4 2009

CLERK    DATE

(By) DEPUTY CLERK

**EXHIBIT B**

Exhibit B - USPS Shipment Info

From: U.S._Postal_Service_ [U.S._Postal_Service@usps.com]
Sent: Wednesday, September 30, 2009 9:52 AM
To: Mark A. Lebron
Subject: USPS Shipment Info for CP33 8033 664U S

Follow Up Flag: Follow up
Flag Status: Completed

This is a post-only message. Please do not respond.

Mark Lebron has requested that you receive the current Track & Confirm information, as shown below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: CP33 8033 664U S

Service Type: International Parcels

| Shipment Activity | Location | Date & Time | |
|---|---|---|---|
| Delivered Abroad | SPAIN | 09/21/09 | 1:55pm |
| Out of Foreign Customs | SPAIN | 09/18/09 | 1:04pm |
| Into Foreign Customs | SPAIN | 09/17/09 | 4:15pm |
| Arrived Abroad | SPAIN | 09/17/09 | 4:15pm |
| International Dispatch | UNITED STATES | 09/14/09 | 8:04pm |
| Arrival | UNITED STATES | 09/14/09 | 8:02pm |
| Acceptance | NEW YORK NY 10022 | 09/11/09 | 6:05pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **CP33 8033 664U S**
Class: **Priority Mail International Parcels**
Service(s): **International Parcels**
Status: **Delivered Abroad**

Your item was delivered in SPAIN at 1:55 PM on September 21, 2009.



**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Detailed Results:
- Delivered Abroad, September 21, 2009, 1:55 pm, SPAIN
- Out of Foreign Customs, September 18, 2009, 1:04 pm, SPAIN
- Into Foreign Customs, September 17, 2009, 4:15 pm, SPAIN
- Arrived Abroad, September 17, 2009, 4:15 pm, SPAIN
- International Dispatch, September 14, 2009, 8:04 pm, FOREIGN CENTER JERSEY CITY NJ 099
- Arrival
- Acceptance, September 11, 2009, 6:05 pm, NEW YORK, NY 10022

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA