

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ANWAR, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | Master File No. 09-cv-118 (VM) (TJK) |
| v. | ) | |
| FAIRFIELD GREENWICH LIMITED, et al. | ) | STIPULATION AND ORDER |
| Defendants. | ) | |
| This Document Relates to: All Actions | ) | |

WHEREAS, plaintiffs filed a Second Consolidated Amended Complaint ("SCAC") on September 29, 2009;

WHEREAS, the SCAC names PricewaterhouseCoopers International Limited ("PwC IL") as a defendant;

WHEREAS, plaintiffs served PwC IL with a Summons and a copy of the SCAC on or about October 20, 2009;

WHEREAS, defendant PwC IL seeks an extension of the time to move, answer or otherwise respond to the SCAC to December 22, 2009;

WHEREAS, plaintiffs do not object to such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for PwC IL to move, answer or otherwise respond to the SCAC is extended to December 22, 2009.

US1DOCS 7339485v1

_____  
Fraser L. Hunter, Jr.  
WILMER CUTLER PICKERING  
HALE AND DORR LLP  
399 Park Ave.  
New York, NY 10022  
(212) 230-8882 (ph)  
(212) 230-8888 (fx)  
fraser.hunter@wilmerhale.com  

*Attorneys for defendant*  
*PricewaterhouseCoopers International Limited*

_____  
David A. Barrett  
BOIES, SCHILLER & FLEXNER LLP  
575 Lexington Avenue  
New York, NY 10022  
(212) 446-2300 (ph)  
(212) 446-2350 (fx)  
dbarrett@bsfllp.com  

Stuart H. Singer  
BOIES, SCHILLER & FLEXNER LLP  
401 East Las Olas Boulevard, #1200  
Ft. Lauderdale, Florida 33301  
(954) 356-0011 (ph)  
(954) 356 0022 (fx)  
ssinger@bsfllp.com  

Robert C. Finkel  
WOLF POPPER LLP  
845 Third Avenue  
New York, NY 10022  
(212) 759-4600 (ph)  
(212) 486-2093 (fx)  
rfinkel@wolfpopper.com  

Victor E. Stewart  
LOVELL STEWART HALEBIAN LLP  
61 Broadway  
New York, NY 10006  
(212) 608-1900 (ph)  
(212) 719-4775 (fx)  
victornj@ix.netcom.com  

*Interim Co-Lead Counsel for Plaintiffs*

SO ORDERED, this 4th day of November, 2009.

_____  
Theodore H. Katz, U.S.M.J.

2