USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 11/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANWAR, et al., )
 )
 Plaintiffs, )
 )  Master File No. 09-cv-118 (VM) (THK)
v. )
 )
FAIRFIELD GREENWICH LIMITED, )  STIPULATION AND ORDER
et al. )
 )
 Defendants. )
 )
This Document Relates to: All Actions )
 )

WHEREAS, plaintiffs filed a Second Consolidated Amended Complaint ("SCAC") on September 29, 2009;

WHEREAS, the SCAC names PricewaterhouseCoopers LLP ("PwC Canada") as a defendant;

WHEREAS, plaintiffs served PwC Canada with a Summons and a copy of the SCAC at its principal place of business in Toronto, Ontario, Canada, on October 23, 2009;

Pacific West Health Medical Center Inc. Employees Retirement Trust et al ...ld Greenwich Group et al                           Doc. 85

WHEREAS, defendant PwC Canada seeks an extension of the date to move, answer or otherwise respond to the SCAC to December 22, 2009;

WHEREAS, plaintiffs do not object to such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for PwC Canada to move, answer or otherwise respond to the SCAC is extended to December 22, 2009.

_____
Timothy A. Duffy, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
312-862-2445 (ph)
312-862-2200 (fx)
tim.duffy@kirkland.com

*Attorneys for defendant*
*PricewaterhouseCoopers LLP*
*(PwC Canada)*

_____
David A. Barrett
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300 (ph)
(212) 446-2350 (fx)
dbarrett@bsfllp.com

Stuart H. Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
(954) 356-0011 (ph)
(954) 356 0022 (fx)
ssinger@bsfllp.com

Robert C. Finkel
WOLF POPPER LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600 (ph)
(212) 486-2093 (fx)
rfinkel@wolfpopper.com

Victor E. Stewart
LOVELL STEWART HALEBIAN LLP
61 Broadway
New York, NY 10006
(212) 608-1900 (ph)
(212) 719-4775 (fx)
victornj@ix.netcom.com

*Interim Co-Lead Counsel for Plaintiffs*

SO ORDERED, this 19 day of November, 2009.

_____
Theodore H. Katz, U.S.M.J.

2