**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                         ::

ANWAR, *et al.,*                        ::

                 Plaintiffs,     ::

           v.                     ::

FAIRFIELD GREENWICH LIMITED, *et al.,*   ::  MASTER FILE NO. 09-CV-0118 (VM)

                 Defendants.    ::

This Document Relates To:  All Actions   ::
----------------------------------------------------------------x

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of the

Fee Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, the annexed

declaration of Michael Thorne, Esq., dated December 22, 2009, and the exhibits attached thereto;

the annexed affidavit of Gerard Farara and the exhibits attached thereto; and the annexed

affidavit of Rod Attride-Stirling and the exhibits attached thereto, Defendants Lourdes

Barreneche, Robert Blum, Cornelis Boele, Yanko Della Schiava, Vianney d'Hendecourt, David

Horn, Jacqueline Harary, Harold Greisman, Julia Luongo, Corina Piedrahita, Santiago Reyes,

Philip Toub and Maria Teresa Pulido Mendoza (the "Fee Defendants") by their undersigned

attorneys, hereby move this Court, before the Honorable Victor Marrero, at the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date

and at a time to be designated by the Court, for an Order: (1) dismissing with prejudice, pursuant

to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the Securities Litigation Uniform

Standards Act of 1998, 15 U.S.C. § 78bb(f), all of the claims against the Fee Defendants set forth

in the Second Consolidated Amended Complaint in the above-captioned action; and (2) granting

such other and further relief as this Court may deem just and proper.

Dated: New York, New York
December 22, 2009

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:  \_\_/s/ Mark G. Cunha_____
   Mark G. Cunha
   Michael J. Chepiga
   Peter E. Kazanoff
   425 Lexington Ave.
   New York, NY 10017
   (212) 455-2000

*Attorneys for Lourdes Barreneche, Yanko Della
Schiava, Vianney d'Hendecourt, David Horn,
Jacqueline Harary, Harold Greisman, Julia
Luongo, Corina Piedrahita, Santiago Reyes, Philip
Toub, and Maria Teresa Pulido Mendoza*

O'SHEA PARTNERS LLP

By:    \_\_/s/ Sean F. O'Shea_____
   Sean F. O'Shea
   521 Fifth Avenue, 25th Floor
   New York, NY 10175
   (212) 682-4426

*Attorneys for Cornelis Boele*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By:  \_\_/s/ Edward M. Spiro_____
   Edward M. Spiro
   565 Fifth Avenue
   New York, NY 10017
   (212) 856-9600

*Attorneys for David Horn and Robert Blum*