# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------x
                                                                ::
ANWAR, et al.,                                                  ::
                                                                ::
                              Plaintiffs,                       ::
                                                                ::
              v.                                                ::
                                                                ::
FAIRFIELD GREENWICH LIMITED, et al.,                            ::  MASTER FILE NO. 09-CV-0118 (VM)
                                                                ::
                              Defendants.                       ::
                                                                ::
                                                                ::
                                                                ::
This Document Relates To:  All Actions                          ::
                                                                ::
----------------------------------------------------------------x
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of the FG Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, the annexed declaration of Michael Thorne, Esq., dated December 22, 2009 and the exhibits attached thereto; the annexed affidavit of Gerard Farara and the exhibits attached thereto; and the annexed affidavit of Rod Attride-Stirling and the exhibits attached thereto, Defendants Daniel Lipton, Mark McKeefry, Walter Noel, Andrés Piedrahita, Jeffrey Tucker, Amit Vijayvergiya, Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors LLC, Fairfield Risk Services Ltd., and Fairfield Heathcliff Capital LLC (the "FG Defendants"), by their undersigned attorneys, hereby move this Court, before the Honorable Victor Marrero, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order: (1) dismissing with prejudice, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and 12(b)(6), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), and the Securities Litigation

Dockets.Justia.com

Uniform Standards Act of 1998, 15 U.S.C. § 78bb(f), all of the claims against the FG Defendants

set forth in the Second Consolidated Amended Complaint in the above-captioned action; and (2)

granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        December 22, 2009

Respectfully submitted,


SIMPSON THACHER & BARTLETT LLP

By:   __/s/ Mark G. Cunha_____
      Mark G. Cunha
      Michael J. Chepiga
      Mark G. Cunha
      Peter E. Kazanoff
      425 Lexington Ave.
      New York, NY 10017
      (212) 455-2000

*Attorneys for Fairfield Greenwich Limited,
Fairfield Greenwich (Bermuda) Ltd., Fairfield
Greenwich Advisors LLC, Fairfield Risk Services
Ltd., Fairfield Heathcliff Capital LLC, Daniel
Lipton, Mark McKeefry*

DECHERT LLP

By:   _/s/ Andrew Levander_____
      Andrew Levander
      David Hoffner
      1095 Avenue of the Americas
      New York, NY 10036
      (212) 698-3500

*Attorneys for Andrés Piedrahita*

KASOWITZ BENSON TORRES &
FRIEDMAN LLP

By:   __/s/ Marc Kasowitz_____
      Marc Kasowitz
      Daniel J. Fetterman
      1633 Broadway
      New York, NY 10019
      (212) 506-1700


*Attorneys for Jeffrey Tucker*

WHITE & CASE LLP

By:   _/s/ Glenn Kurtz_____
      Glenn Kurtz
      Andrew Hammond
      1155 Avenue of the Americas
      New York, NY 10036
      (212) 819-8200

*Attorneys for Walter M. Noel, Jr.*

DEBEVOISE & PLIMPTON LLP


By:     /s/ Mark Goodman
        Mark Goodman
        Helen Cantwell
        919 Third Avenue
        New York, NY 10022
        (212) 909-6000

*Attorneys for Amit Vijayvergiya*