# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                    ::

ANWAR, *et al.,*                         ::

                 Plaintiffs,         ::

                                     ::

      v.                                   ::

                                     ::

FAIRFIELD GREENWICH LIMITED, *et al.,*    ::   MASTER FILE NO. 09-CV-0118 (VM)

                                     ::

                 Defendants.        ::

                                     ::

This Document Relates To:  All Actions     ::

------------------------------------------------------------x

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE, that upon the Memorandum of Law in Support of the Other Fairfield Defendants' Motion to Dismiss the Second Consolidated Amended Complaint, the annexed declaration of Michael Thorne, Esq., dated December 22, 2009, and the exhibits attached thereto; the annexed affidavit of Gerard Farara and the exhibits attached thereto; and the annexed affidavit of Rod Attride-Stirling and the exhibits attached thereto, Defendants Richard Landsberger, Andrew Smith, and Charles Murphy (the "Other Fairfield Defendants") by their undersigned attorneys, hereby move this Court, before the Honorable Victor Marrero, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order (1) dismissing with prejudice, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b), and the Securities Litigation Uniform Standards Act of 1998, 15 U.S.C. §78bb(f), all of the claims set forth against the Other

Fairfield Defendants in the Second Consolidated Amended Complaint in the above-captioned

action; and (2) granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
        December 22, 2009

                             Respectfully submitted,

                            SIMPSON THACHER & BARTLETT LLP


By:    /s/ Mark G. Cunha_____
        Mark G. Cunha
        Michael J. Chepiga
        Peter E. Kazanoff
        425 Lexington Ave.
        New York, NY 10017
        (212) 455-2000

*Attorneys for Richard Landsberger, Andrew Smith, and Charles Murphy*