# Exhibit 15

| From: | Jeffrey Tucker [jeffrey@fggus.com] |
| --- | --- |
| Sent: | Monday, September 15, 2008 2:55 PM |
| To: | Amit Vijayvergiya [amit@fggus.com]; Executive Committee [ExecutiveCommittee@fggus.com]; Walter Noel [walter@fggus.com]; Maria Teresa Pulido [mteresa@fggus.com]; Gordon McKenzie [gordon@fggus.com]; David Horn [dhorn@fggus.com] |
| Cc: | Sentry Team [SentryTeam@fggus.com] |
| Subject: | RE: SSC counterparty exposure |

Oct 19, 1987 out of the money S&P calls opened around $1.50 and closed at $3 following a 22% market selloff.

PLEASE NOTE OUR NEW ADDRESS:

Sincerely,

Jeffrey Tucker

Fairfield Greenwich Group
55 East 52nd Street, 33rd Floor
New York, New York 10055

tel: 212-319-6060
fax: 212-319-0450
email: jeffrey@fggus.com

-----Original Message-----
From: Amit Vijayvergiya
Sent: Monday, September 15, 2008 1:16 PM
To: Executive Committee; Jeffrey Tucker; Walter Noel; Maria Teresa Pulido; Gordon McKenzie; David Horn
Cc: Sentry Team
Subject: Re: SSC counterparty exposure

As a follow up, Frank Di Pascali confirmed that no U.S. banks have been used in the current options collar. The puts are deep ITM and bid at $26; the short calls are 35 points OTM and yet still asked at 85 cents (which is a remarkable example of the impact of vol on options pricing
-- they should be worthless). Frank said that we're +5bps gross over the valuation of last Thu night and that he is looking to do an orderly exit tomorrow.


----- Original Message -----
From: Amit Vijayvergiya
To: Executive Committee; Jeffrey Tucker; Walter Noel; Maria Teresa Pulido; Gordon McKenzie
Cc: Sentry Team
Sent: Mon Sep 15 10:55:15 2008
Subject: SSC counterparty exposure

Gord and I spoke with Frank Di Pascali this morning and have another call with him later this morning once he gathers more details:

- we are still 19% invested in the SSC
- BLM/Frank do not want to sell into weakness today and are looking for an exit opportunity tomorrow morning or Wednesday
- no c/p exposure to Lehman or ML (Frank will revert re BoA, Citi, JPM and other banks)
- they do not typically use US banks as c/p's
- They expect some slippage on the stock basket today given that AIG is a large position in our stock basket and is down 40% today, but this should be reasonably limited given that we remain only 19% invested.

1

This e-mail message, including any attachments, is intended only for the persons to whom it is addressed, and may contain confidential information. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument. Any use, distribution, modification, copying or disclosure by any other person is strictly prohibited. If you have received this message in error please notify the sender by return e-mail and delete this message from your computer. Any data or views contained herein is based upon information available to us at this date, and is subject to change without notice, and is not warranted as to completeness or accuracy by Fairfield Greenwich Group ("FGG"). Any comments or statements made herein do not necessarily reflect those of FGG.