## Table of Authorities

**Tab No**.

**CV**

Curriculum Vitae of Gerard St. C. Farara, QC…..………………………………….……………1

**Cases**

*Arklow Investments Ltd v. Maclean,*
    [2000] 1 W.L.R. 594 ................................................................................................................2

*Bristol and West Building Society v. Mothew,*
    [1998] Ch. 1, 18 .......................................................................................................................3

*Citco Global Custody NV v. Y2K Finance Inc,*
    BVIHCV 2009/0020A (18 September 2009) .......................................................................4

*Citco Global Custody NV v. Y2K Finance Inc.,*
    HCVAP 2008/022 (19 October 2009) ...................................................................................5

*Daniels v. Daniels,*
    [1978] Ch. 406 .........................................................................................................................6

*Diamantides v. JP Morgan Chase Bank,*
    [2005] EWCA Civ. 1612, para 27 ..........................................................................................7

*Edwards v. Halliwell,*
    [1950] 2 All E.R. 1064..............................................................................................................8

*Foss v. Harbottle,*
    [1843] 2 Hare 461 ....................................................................................................................9

*Johnson v. Gore Wood and Co.,*
    [2002] 2 A.C. l, 46 .................................................................................................................10

*MacDougall v. Gardner,*
    (1875) 1 Ch. D. 13, (1875-76) L.R. 1 Ch. D. 13, 21-22 .....................................................11

*Pavlides v. Jensen,*
    [1956] 1 Ch. 565 ....................................................................................................................12

*Pender v. Lushington,*
    [1877] L.R. 6 Ch. D. 70 ........................................................................................................13

*Percival v. Wright*,
   [1902] 2 Ch. 421 ..................................................................................................14

*Prudential Assurance co Ltd. v. Newman*,
   [1982] 1 All E.R. 354, 366-67 ............................................................................15

*Rolled Steel Products Holdings Ltd v. British Steel Corporation*,
   [1986] Ch. 246 ....................................................................................................16

*Salomon v. Salomon & Co. Ltd.*,
   [1897] A.C. 22 ....................................................................................................17

*Smith v. Croft (No.2)*,
   Ch. D [1987] at 937, [1988] 1 Ch. 114, 159 ......................................................18

**<u>Statute</u>**

Section 184C of the BC Act as amended by the BVI Business
   Companies (Amendment) Act 2005 ....................................................................19