UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
::
::
ANWAR, *et al.,* ::
::
                Plaintiffs, ::
::
    v. ::
::
FAIRFIELD GREENWICH LIMITED, *et al.,* :: MASTER FILE NO. 09-CV-0118 (VM)
::
                Defendants. ::
::
::
::
This Document Relates To: All Actions ::
::
---------------------------------------------------------------X

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS FAIRFIELD RISK SERVICES LTD. AND FAIRFIELD HEATHCLIFF CAPITAL LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants Fairfield Risk Services Ltd. and Fairfield Heathcliff Capital LLC certifies as follows:

Fairfield Risk Services Ltd. is a wholly-owned subsidiary of Fairfield Greenwich Limited. No publicly held corporation owns 10 percent or more of Fairfield Risk Services Ltd.'s stock.

Fairfield Heathcliff Capital LLC is a wholly-owned subsidiary of Fairfield Greenwich Limited. No publicly held corporation owns 10 percent or more of Fairfield Heathcliff Capital LLC's stock.

    Dated: New York, New York
    December 23, 2009

                                               Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By:    /s/ Mark G. Cunha
       Mark G. Cunha
       mcunha@stblaw.com
       Peter E. Kazanoff
       pkazanoff@stblaw.com
       425 Lexington Avenue
       New York, NY 10017
       Telephone: (212) 455-2000
       Fax: (212) 455-2502

*Attorneys for Defendants Fairfield Risk Services Ltd. and Fairfield Heathcliff Capital LLC*